
# HAWORTH
## BARBER GERSTMAN, LLC

80 Broad St. 24th Floor, New York, NY 10004
Phone: 212.952.1100  Fax: 212.952.1110
www.hbandglaw.com

*Scott Haworth*
*Managing Partner*
*Direct: 212.952.1101*
*scott.haworth@hbandglaw.com*

May 28, 2021

*Via ECF*

Hon. P. Kevin Castel
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*Application granted.*
*SO ORDERED*
*/s/ [signature] USDJ*
*6-2-21*

**Re:**   ***Weddington v. Sentry Industries, Inc.***
          Civil Action No.: 1:18-CV-10055
          Our File No.: 336-1901

Dear Judge Castel,

This firm represents defendant Sentry Industries, Inc. ("Sentry") herein. I write to seek an extension of time within which to file Sentry's reply brief in further support of its summary judgment motion. The reply brief is currently due June 10, 2021; we are seeking an extension to June 18, 2021. Plaintiff's counsel does not consent to this request. See email correspondence attached hereto.  *OK*

I promptly perused plaintiff's opposition papers a few hours after they were filed yesterday. While I respectfully do not believe plaintiff's arguments are well founded, the reply will require review of case law, significant analysis and consultation with my client. As stated to Mr. Tagle in my email of last evening seeking his consent to this extension, the request is based on my workload between now and June 10. Significant events that require my personal attention have been scheduled since your Honor approved my requested motion-briefing schedule, including two complete days out of the office attending product inspections with a client and expert who is traveling to New York from out-of-town. Additionally, I have a family event the entire weekend commencing the evening of June 4, 2021 that cannot be moved.

I note that the parties cooperated with respect to all requested extensions during the discovery period. Plaintiff has provided no explanation for the failure to consent to the requested extension of time notwithstanding that the brief extension would work no prejudice upon his client.

\*\*\*

Hon. P. Kevin Castel
May 28, 2021
Page 2

      Thank you very much for your Honor's time and attention to this matter.

                    Respectfully submitted,

                    /s/ Scott Haworth

                    Scott Haworth (SH–5890)
                    Haworth Barber & Gerstman, LLC

SH/mmm
Enclosure

| | |
|---|---|
| **From:** | Eugene Tagle <etagle@dashnerlaw.com> |
| **Sent:** | Thursday, May 27, 2021 11:12 PM |
| **To:** | Scott Haworth |
| **Cc:** | Gracie Ibarra; Sanita Jankovska |
| **Subject:** | Re: [External] Weddington |
| **Attachments:** | image001.jpg |

Mr. Haworth,

With respect, we do not consent to the extension of time.

Sincerely,

Eugene Tagle

On Thu, May 27, 2021, 4:12 PM Scott Haworth <Scott.Haworth@hbandglaw.com> wrote:

> Mr. Tagle,
>
> I have received and reviewed plaintiff's opposition to Sentry's summary judgment motion. Due to the size of the opposition, the issues raised and my current workload, I am requesting that you consent to an extension of time for submission of the reply brief to Friday, June 18. I would appreciate if you would promptly advise as we are currently working on a fairly tight deadline and I will need to write to Judge Castel tomorrow seeking the extension.
>
> Thank you for your courtesies.
>
> Regards,
>
> **Scott Haworth**
> **Managing Partner**

Haworth_BG_Logo

80 Broad Street, 24th Floor
New York, NY 10004
212.952.1101 *direct* | 212.952.1100 *ph* | 212.952.1110 *fx*

*www.hbandglaw.com*

NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. The contents of this e-mail are confidential and subject to the attorney-client and work product privileges. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.