UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SAVOYR WEDDINGTON,

                Plaintiff,               18-cv-10055 (PKC)

    -against-

                                                 ORDER

SENTRY INDUSTRIES, INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will hear oral arguments concerning defendant Sentry Industries, Inc.'s motion for summary judgment (Doc 65) on January 12, 2022 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                               P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
           December 2, 2021