

80 Broad St. 24th Floor, New York, NY 10004
Phone: 212.952.1100   Fax: 212.952.1110
www.hbandglaw.com

*Scott Haworth*
*Managing Partner*
*Direct: 212.952.1101*
scott.haworth@hbandglaw.com

January 7, 2022

*Via ECF*

Hon. P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Oral argument is adjourned to January 25, 2022 at 2 PM in person.
>
> SO ORDERED.
> Dated:  1/7/2022
>
> _____
> P. Kevin Castel
> United States District Judge

**Re:** ***Weddington v. Sentry Industries, Inc.***
     Civil Action No.: 1:18-CV-10055
     Our File No.: 336-1901

Dear Judge Castel:

  I represent defendant Sentry Industries, Inc. ("Sentry") herein. Oral argument of Sentry's summary judgment motion is scheduled before your Honor in person for January 12, 2022 at 3:00 p.m. Based on my current health status, it appears unlikely that I will be able to comply with the Court's COVID-19 protocols in order to appear for in-person argument on that date. As such, I respectfully request that the Court either convert the January 12 oral argument to be held virtually or adjourn in-person argument to an alternative date. I have conferred with my adversary and he consents to this request. We would both be available for in-person argument on the following dates:  January 21, February 4, February 7, 2022.

  Thank you very much for your time and attention to this matter.

              Respectfully submitted,

              /s/ Scott Haworth

              Scott Haworth (SH–5890)
              Haworth Barber & Gerstman, LLC

Cc:  *All counsel of record via ECF*

*New Jersey Office:* 505 Main Street, Suite 212, Hackensack, NJ 07601 Tel: 201.831.1400 Fax: 201.831.1401