UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SAVOYR WEDDINGTON,

                Plaintiff,                18-cv-10055 (PKC)

  -against-                                  ORDER

SENTRY INDUSTRIES, INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Oral argument scheduled for January 25, 2022 at 2:00 p.m. is VACATED.

The Court will contact the parties.

        SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 18, 2022