UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SAVOYR WEDDINGTON,

                        Plaintiff,              18-cv-10055 (PKC)

  -against-                                      ORDER

SENTRY INDUSTRIES, INC.,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      The Court will hear oral arguments telephonically concerning defendant Sentry Industries, Inc.'s motion for summary judgment (Doc 65) on January 27, 2022 at 3:00 p.m. Dial-in: (888) 363-4749; Access Code: 3667981.

      SO ORDERED.

                                                               P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
         January 25, 2022