**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SAVOYR WEDDINGTON,

                Plaintiff,                              18 **CIVIL** 10055 (PKC)

        -against-                                  **JUDGMENT**

SENTRY INDUSTRIES, INC.,

                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 16, 2022, The Court has considered all the arguments of the parties, whether or not they are expressly referenced here. Sentry's motion for summary judgment against Weddington on her sole claim of negligence is GRANTED. Final judgment is entered in favor of Sentry and the case is closed.

**Dated:**  New York, New York
            February 17, 2022

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                   **Clerk of Court**
                                                   **BY:**  _____
                                                                   **Deputy Clerk**